William P. Allen:  011161
**ALLEN LAW FIRM LLC**
61 West Willetta St.
Phoenix, AZ 85003
Telephone: (602) 478-5269
Email:   ballen@azbar.org

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Dominique Rose,<br>            Plaintiff,<br><br>v.<br><br>Dalton Corporation d/b/a Chica's Cabaret, Regina Scott, Phillipe Howery, and Jose Navaoruz<br><br>            Defendants | Case No.:  2:15-cv-02562<br><br>**Defendents' Response to the Court's Order of March 22, 2017** |

      In response to the Court's Order of March 22, 2017, Defendants' counsel advises the Court as follows:

1. On March 14, Plaintiff's counsel accepted Defendants' settlement offer, i.e. "Dalton will pay $[X,XXX] in return for the plaintiff's stipulation to dismiss this action with prejudice, all parties to bear their own costs and fees." No formal settlement agreement is contemplated.

2. By return email on that day, Defendants' counsel asked that Plaintiff file a Notice of Settlement with the Court. Plaintiff's counsel, Cliff and Chris Bendau, then called undersigned counsel and stated they believed the most expeditious way to end the case was to extend their time for response to Defendants' pending motion for summary judgment, and then file the

stipulation for dismissal upon receipt of payment.  Seeing this only as an eccentric route to a desirable end, undersigned counsel agreed to stipulate to the extension.

3.   In light of the Court's Scheduling Order regarding settlement notification, information in the instant Order regarding the Court's prior admonition of Plaintiff's counsel, the duty of candor to the Court, and other reasons, Defendants' counsel now believes the proper course of action was, and is, to file a notice of settlement with the Court.  That notice is filed concurrently with this response.

4.   Defendants' counsel has no information concerning the nature of Plaintiff's counsels' personal and professional conflicts referenced in Stipulation for an Extension of Time for Plaintiff to File Response to Defendants' Motion for Summary Judgment.

**RESPECTFULLY SUBMITTED THIS 22th  DAY OF March, 2017**

ALLEN LAW FIRM LLC
/s/ William P. Allen

I hereby certify that on March 22, 2017, I electronically filed this document with the Arizona District Court Clerk

**COPY** of the foregoing served electronically March 22, 2017

Christopher J. Bendau
Clifford P. Bendau, II
P.O. Box 97066
Phoenix, AZ 85060
Attorneys for Plaintiff

By: /s/ William P. Allen

2