William P. Allen: 011161
**ALLEN LAW FIRM LLC**
61 West Willetta St.
Phoenix, AZ 85003
Telephone: (602) 478-5269
Email:   ballen@azbar.org

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Dominique Rose,<br>                    Plaintiff,<br><br>v.<br><br>Dalton Corporation d/b/a Chica's Cabaret, Regina Scott, Phillipe Howery, and Jose Navaoruz<br><br><br>                    Defendants | Case No.:  2:15-cv-02562<br><br>**NOTICE OF SETTLEMENT** |

In accordance with LRCiv. 40.2(d) and the Court's Scheduling Order [Doc #16], Defendants hereby notify the Court that the parties settled all claims in this action.

**RESPECTFULLY SUBMITTED THIS 22th  DAY OF March, 2017**

                                        ALLEN LAW FIRM LLC
                                        /s/ William P. Allen

1

1. I hereby certify that on March 22, 2017, I electronically filed this document with the Arizona District Court Clerk

2. **COPY** of the foregoing served electronically March 22, 2017

Christopher J. Bendau
Clifford P. Bendau, II
P.O. Box 97066
Phoenix, AZ 85060
Attorneys for Plaintiff

By: /s/ William P. Allen